

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Mannel Encce <br> Defendant. | Case No.: CR 10-685-ODW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid by ∆; no resources for bail___

|  | and/~~or~~ |
|---|---|
| B. | (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: no evid by ∆ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/21/11

*[signature]*
RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE

2